UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
    *Plaintiff,*

vs.                                    Civil Action No. 1:14-CV-188S

DAVID A. WHITEHILL and DEPENDABLE
TOWING & RECOVERY, INC.,
    *Defendants.*

DAVID A. WHITEHILL and DEPENDABLE
TOWING & RECOVERY, INC.,
    *Defendants/Third-Party Plaintiffs,*

vs.

ALLEGANY LANDSCAPE CONTRACTORS INC.,
AMHERST PAVING, INC.,
BIRCH GROVE LANDSCAPING & NURSERY, INC.,
CHAUTAUQUA COUNTY HIGHWAY DEPARTMENT,
COLD SPRING CONSTRUCTION COMPANY,
CONCEPT CONSTRUCTION CORP.,
C.P. WARD, INC.,
JAMESTOWN BOARD OF PUBLIC UTILITIES
WATER DEPARTMENT FOR THE CITY OF JAMESTOWN,
JANIK PAVING & CONSTRUCTION INC.,
JOHN W. DANFORTH COMPANY,
KELEMAN-BAUER CONSTRUCTION, INC.,
KINGSVIEW ENTERPRISES, INC.,
LAKE SHORE PAVING, INC.,
LAKESTONE DEVELOPMENT, INC.,
NEW YORK STATE DEPARTMENT OF TRANSPORTATION,
OAKGROVE CONSTRUCTION, INC.,
OMER CONSTRUCTION CO. INC.,
PACOS CONSTRUCTION COMPANY, INC.,
PAVILLION DRAINAGE SUPPLY CO., INC.,
SEALAND CONTRACTORS CORP.,
THE L. C. WHITFORD CO. INC.,
TOM GREENAUER DEVELOPMENT, INC.,
TOWN OF ELLICOTT HIGHWAY DEPARTMENT, and
VILLAGE OF FALCONER HIGHWAY DEPARTMENT,
    *Third-Party Defendants.*

## DEFENDANT/THIRD-PARTY PLAINTIFF, DEPENDABLE TOWING & RECOVERY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant/Third-Party Plaintiff, Dependable Towing & Recovery, Inc., makes the following disclosure:

Dependable Towing & Recovery, Inc. ("Dependable") is a corporate entity organized and existing under the laws of the State of New York. Dependable has no parent company, nor does any other public company own more than ten percent (10%) of its stock.

Dated: Buffalo, New York
August 19, 2014

                                        Respectfully submitted,

                                        KAVINOKY COOK LLP

By:   s/Deborah J. Chadsey
       Deborah J. Chadsey, Esq.
       Attorneys for Defendants/
       Third-Party Plaintiffs
       726 Exchange Street, Suite 800
       Buffalo, New York 14210
       Tel. (716) 845-6000
       dchadsey@kavinokycook.com

431695.1