UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
       *Plaintiff,*

    vs.

DAVID A. WHITEHILL and DEPENDABLE
TOWING & RECOVERY, INC.,
       *Defendants*.

DAVID A. WHITEHILL and DEPENDABLE
TOWING & RECOVERY, INC.,
       *Defendants/Third-Party Plaintiffs,*

    vs.

ALLEGANY LANDSCAPE CONTRACTORS INC.,
AMHERST PAVING, INC.,
BIRCH GROVE LANDSCAPING & NURSERY, INC.,
CHAUTAUQUA COUNTY HIGHWAY DEPARTMENT,
COLD SPRING CONSTRUCTION COMPANY,
CONCEPT CONSTRUCTION CORP.,
C.P. WARD, INC.,
JAMESTOWN BOARD OF PUBLIC UTILITIES
WATER DEPARTMENT FOR THE CITY OF JAMESTOWN,
JANIK PAVING & CONSTRUCTION INC.,
JOHN W. DANFORTH COMPANY,
KELEMAN-BAUER CONSTRUCTION, INC.,
KINGSVIEW ENTERPRISES, INC.,
LAKE SHORE PAVING, INC.,
LAKESTONE DEVELOPMENT, INC.,
NEW YORK STATE DEPARTMENT OF TRANSPORTATION,
OAKGROVE CONSTRUCTION, INC.,
OMER CONSTRUCTION CO. INC.,
PACOS CONSTRUCTION COMPANY, INC.,
PAVILLION DRAINAGE SUPPLY CO., INC.,
SEALAND CONTRACTORS CORP.,
THE L. C. WHITFORD CO. INC.,
TOM GREENAUER DEVELOPMENT, INC.,
TOWN OF ELLICOTT HIGHWAY DEPARTMENT, and
VILLAGE OF FALCONER HIGHWAY DEPARTMENT,
       *Third-Party Defendants*.

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT**

Civil Action No.
1:14-CV-188 (WMS/LGF)

**PLEASE TAKE NOTICE** that the Third-Party Defendant Lake Shore Paving, Inc., hereby appears in the above-entitled action. Service of all pleadings, papers, and documents required to be served in this action should be served upon the undersigned at the office and post office address stated below.

Dated: August 21, 2014

/s/ Elizabeth A. Genung
Elizabeth A. Genung, Esq.
Bar Roll #510584
MELVIN & MELVIN, PLLC
Attorneys for Third-Party Defendant
  Lake Shore Paving, Inc.
217 South Salina Street
Seventh Floor
Syracuse, New York 13202
Telephone: (315) 422-1311