UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff

vs.

DAVID A. WHITEHALL and DEPENDABLE TOWING & RECOVERY, INC.,

    Defendants.

**CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(B)**

Civil Action No. 1:14-CV-188S

---

DAVID A. WHITEHALL and DEPENDABLE TOWING & RECOVERY, INC.,

    Defendants/Third-Party Plaintiffs

vs.

ALLEGANY LANDSCAPE CONTRACTORS, INC.,
AMHERST PAVING, INC.,
BIRCH GROVE LANDSCAPING & NURSERY, INC.,
CHAUTAUQUA COUNTY HIGHWAY DEPARTMENT,
COLD SPRING CONSTRUCTION COMPANY,
CONCEPT CONSTRUCTION CORP.,
C.P. WARD, INC.,
JAMESTOWN BOARD OF PUBLIC UTILITIES,
WATER DEPARTMENT FOR THE CITY OF JAMESTOWN,
JANIK PAVING & CONSTRUCTION, INC.,
JOHN W. DANFORTH COMPANY,
KELEMAN-BAUER CONSTRUCTION, INC.,
KINGSVIEW ENTERPRISES, INC.,
LAKE SHORE PAVING, INC.,
LAKESTONE DEVELOPMENT, INC.,
NEW YORK STATE DEPARTMENT OF TRANSPORTATION,
OAKGROVE CONSTRUCTION, INC.,
OMER CONSTRUCTION CO., INC.,
PACOS CONSTRUCTION COMPANY, INC.,
PAVILLION DRAINAGE SUPPLY CO., INC.,
SEALAND CONTRACTORS CORP.,
THE L.C. WHITFORD CO., INC.,
TOM GREENAUER DEVELOPMENT, INC.,
TOWN OF ELLICOTT HIGHWAY DEPARTMENT, and
VILLAGE OF FALCONER HIGHWAY DEPARTMENT,

    Third-Party Defendants

---

Pursuant to Federal Rule of Civil Procedure 7.1(b), Third-Party Defendant, SEALAND

CONTRACTORS CORP. ("Sealand"), by and through its attorneys, Feldman Kieffer, LLP, states that there is no parent corporation who has an ownership interest and that no publicly held corporation owns ten percent (10%) or more of the stock in the company.

DATED: Buffalo, New York
August 22, 2014

                          **FELDMAN KIEFFER, LLP**
                          Attorneys for Third-Party Defendant,
                          *Sealand Contractors Corp.*

                          /S/
                          Christopher E. Wilkins, Esq.
                          The Dun Building ~ Suite 400
                          110 Pearl Street
                          Buffalo, New York 14202
                          Tel. (716) 852-5875

TO: Robert G. Dreher, Esq.
Acting Assistant Attorney General
**ENVIRONMENT AND NATURAL RESOURCES DIVISION**
Attorneys for Plaintiff
*The United States of America*
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. (202) 514-4206

Deborah J. Chadsey, Esq.
**KAVINOKY COOK, LLP**
Attorneys for Defendants/Third-Party Plaintiffs,
*Dependable Towing & Recovery, Inc. and
David A. Whitehall*
726 Exchange Street ~ Suite 800
Buffalo, New York 14210
Tel. (716) 845-6000

Robert D. Leary, Esq.
**KENNEY SHELTON LIPTAK NOWAK LLP**
Attorneys for Third-Party Defendant,
*John W. Danforth Company*
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
Tel. (716) 853-3801

Brian N. Lewandowski, Esq.
**LEWANDOWSKI AND ASSOCIATES**
Attorneys for Third-Party Defendant,
*Birch Grove Landscaping & Nursery, Inc.*
721 Center Road
West Seneca, NY 14224
Tel. (716) 674-4710

Gregory P. Photiadis, Esq.
**DUKE HOLZMAN PHOTIADIS & GRESENS, LLP**
Attorneys for Third-Party Defendant,
*Pacos Construction Company, Inc.*
701 Seneca Street
Buffalo, NY 14210
Tel. (716) 855-1111

Elizabeth A. Genung., Esq.
**MELVIN & MELVIN, PLLC**
Attorneys for Third-Party Defendant,
*Lake Shore Paving, Inc.*
217 South Salina Street
Syracuse, NY 13202-1390
Tel. (315) 422-1311