UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  - vs -

DAVID A. WHITEHILL and DEPENDABLE TOWING &
RECOVER, INC.,

        Defendants.

CORPORATE DISCLOSURE
PURSUANT TO FEDERAL
RULES OF CIVIL
PROCEDURE 7.1(b)

Civil Action No. 1:14-CV-188S

---

DAVID A. WHITEHILL and DEPENDABLE TOWING &
RECOVERY, INC.,

        Defendants/Third-Party Plaintiffs,

  - vs -

ALLEGANY LANDSCAPE CONTRACTORS, INC.,
AMHERST PAVING, INC.,
BIRCH GROVE LANDSCAPING & NURSERY, INC.,
CHAUTAUQUA COUNTY HIGHWAY DEPARTMENT,
COLD SPRING CONSTRUCTION COMPANY,
CONCEPT CONSTRUCTION CORP.,
C.P. WARD, INC.,
JAMESTOWN BOARD OF PUBLIC UTILITIES,
WATER DEPARTMENT FOR THE CITY OF JAMESTOWN,
JANIK PAVING & CONSTRUCTION, INC.,
JOHN W. DANFORTH COMPANY,
KELEMAN-BAUER CONSTRUCTION, INC.,
KINGSVIEW ENTERPRISES, INC.,
LAKE SHORE PAVING, INC.,
LAKESTONE DEVELOPMENT, INC.,
NEW YORK STATE DEPARTMENT OF TRANSPORTATION,
OAKGROVE CONSTRUCTION, INC.,
OMER CONSTRUCTION CO., INC.,
PACOS CONSTRUCTION COMPANY, INC.,
PAVILLION DRAINAGE SUPPLY CO., INC.,
SEALAND CONTRACTORS CORP.,
THE L.C. WHITFORD CO., INC.

**TOM GREENAUER DEVELOPMENT, INC.,
TOWN OF ELLICOTT HIGHWAY DEPARTMENT, and
VILLAGE OF FALCONER HIGHWAY DEPARTMENT,**

   **Third-Party Defendants.**

---

  Pursuant to Federal Rules of Civil Procedure 7.1(b), Third-Party Defendant, OAKGROVE CONSTRUCTION, INC. ("Oakgrove"), by and through its attorneys, Jaeckle Fleischmann & Mugel, LLP, states that there is no parent corporation who has an ownership interest and that no publicly held corporation owns ten percent (10%) or more of the stock in the company.

DATED: Buffalo, New York
    August 25, 2014

           **JAECKLE FLEISCHMANN & MUGEL, LLP**


          By: s/ Charles D. Grieco
           Charles D. Grieco, Esq.
          *Attorneys for Third-Party Defendant*
          *Oakgrove Construction, Inc.*
          Avant Building - Suite 900
          200 Delaware Avenue
          Buffalo, New York 14202-2107
          Telephone: (716) 856-0600
          Email: cgrieco@jaeckle.com

TO: Deborah J. Chadsey, Esq.
KAVINOKY COOK, LLP
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Dependable Towing & Recovery, Inc. and*
*David A. Whitehill*
726 Exchange Street - Suite 800
Buffalo, New York 14210
Telephone: (716) 845-6000

Robert G. Dreher, Esq.
Acting Assistant Attorney General
ENVIRONMENT AND NATURAL RESOURCES DIVISION
*Attorneys for Plaintiff*
*The United States of America*
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-4206

Robert D. Leary, Esq.
KENNEY SHELTON LIPTAK NOWAK LLP
*Attorneys for Third-Party Defendant,*
*John W. Danforth Company*
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
Telephone: (716) 853-3801

Christopher E. Wilkins, Esq.
FELDMAN KIEFFER, LLP
*Attorneys for Third-Party Defendant,*
*Sealand Contractors Corp.*
The Dun Building - Suite 400
110 Pearl Street
Buffalo, New York 14202
Telephone: (716) 852-5875

1104203