UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
        *Plaintiff,*

      vs.                                      Civil Action No. 1:14-CV-188S

DAVID A. WHITEHILL and DEPENDABLE
TOWING & RECOVERY, INC.,
        *Defendants.*

---

DAVID A. WHITEHILL and DEPENDABLE
TOWING & RECOVERY, INC.,
        *Defendants/Third-Party Plaintiffs,*

      vs.

ALLEGANY LANDSCAPE CONTRACTORS INC.,
AMHERST PAVING, INC.,
BIRCH GROVE LANDSCAPING & NURSERY, INC.,
CHAUTAUQUA COUNTY HIGHWAY DEPARTMENT,
COLD SPRING CONSTRUCTION COMPANY,
CONCEPT CONSTRUCTION CORP.,
C.P. WARD, INC.,
JAMESTOWN BOARD OF PUBLIC UTILITIES
WATER DEPARTMENT FOR THE CITY OF JAMESTOWN,
JANIK PAVING & CONSTRUCTION INC.,
JOHN W. DANFORTH COMPANY,
KELEMAN-BAUER CONSTRUCTION, INC.,
KINGSVIEW ENTERPRISES, INC.,
LAKE SHORE PAVING, INC.,
LAKESTONE DEVELOPMENT, INC.,
NEW YORK STATE DEPARTMENT OF TRANSPORTATION,
OAKGROVE CONSTRUCTION, INC.,
OMER CONSTRUCTION CO. INC.,
PACOS CONSTRUCTION COMPANY, INC.,
PAVILLION DRAINAGE SUPPLY CO., INC.,
SEALAND CONTRACTORS CORP.,
THE L. C. WHITFORD CO. INC.,
TOM GREENAUER DEVELOPMENT, INC.,
TOWN OF ELLICOTT HIGHWAY DEPARTMENT, and
VILLAGE OF FALCONER HIGHWAY DEPARTMENT,
        *Third-Party Defendants.*

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to L.R. Civ. P. 29, Counsel for Third-Party Plaintiffs, David A. Whitehill and Dependable Towing & Recovery, Inc. and Counsel for Third-Party Defendant, Village of Falconer Highway Department, stipulate to an extension of the deadline to answer or move with respect to the Third-Party Complaint up to and including September 12, 2014.

Dated: Buffalo, New York
August 27, 2014

KAVINOKY COOK LLP

By: s/Deborah J. Chadsey
Deborah J. Chadsey, Esq.
Attorneys for Third-Party Plaintiffs
726 Exchange Street, Suite 800
Buffalo, New York 14210
Tel. (716) 845-6000
dchadsey@kavinokycook.com

Dated: Buffalo, New York
August 27, 2014

Phillips Lytle LLP

By: s/Alan J. Bozer
Alan J. Bozer, Esq.
Attorney for Third-Party Defendant
Village of Falconer Highway Department
One Canalside
125 Main Street
Buffalo, New York 14203
Tel. (716) 504-5700
ABozer@phillipslytle.com